| PROB 22 (Rev. 01/24) | DOCKET NUMBER (Transferring Court) 0756 1:18CR00009-002 |
|---|---|
| **TRANSFER OF JUSRISDICTION** | DOCKET NUMBER (Receiving Court) 0649 2:25CR00055-001 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District Of Indiana | DIVISION Indianapolis |
|---|---|---|
| George H Ruth [redacted] Morristown, TN 37814 | NAME OF SENTENCING JUDGE The Honorable James R. Sweeney, II. U.S. District Court Judge | |

FILED
05/06/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/06/2023 | TO 10/05/2026 |
|---|---|---|

OFFENSE
18:286.F - Class C Felony - CONSPIRE TO DEFRAUD GOVERNMENT RESPECT TO CLAIM

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant resides in the Eastern District of Tennessee with no plans to return to the Southern District of Indiana during his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/7/2025
Date

/s/ James R. Sweeney
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

*United States District Court for the Eastern District of Tennessee*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 8, 2025
Date

/s/ Clifton L. Corker
United States District Judge