Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
### EASTERN DISTRICT OF TENNESSEE

U.S. MARSHAL SERVICE
JUL 9 '25 PM 1:11

U.S.A. vs. George Ruth　　　　　Docket No. 2:25CR00055-001

TO: [1]Any United States Marshal or any other authorized officer.

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
|---|---|---|---|---|
| George Ruth | Male | White | 69 | 10291-016 |

**ADDRESS (STREET, CITY, STATE)**

6265 Woodcrest Drive
Morristown, Tennessee 37814

**SENTENCE IMPOSED BY (NAME OF COURT)**
United States District Court
Eastern District of Tennessee at Greeneville

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| LeAnna R. Wilson | [signature] | 6-27-25 |

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| 07/10/2025 | 6/27/25 | 07/10/2025 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS　220 W Depot street Greeneville TN 37743

| NAME | (BY) | DATE |
|---|---|---|
| [signature] | 31395 | 7/10/2025 |

FID 109257
10291016
2574-0627-1260-D

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE," or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."