# UNITED STATES PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## AMENDED PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** George Ruth     **Docket Number:** 2:25CR00055-001

**Name of Sentencing Judicial Officer:** The Honorable James R. Sweeney II
United States District Judge
Southern District of Indiana

**Name of Presiding Judicial Officer:** The Honorable Clifton L. Corker
United States District Judge
Eastern District of Tennessee

**Date of Original Sentence:** July 22, 2020

**Original Offense:** <u>Count One</u>: Conspiracy to Defraud the United States Social Security Administration
<u>Count Seven</u>: Conspiracy to Defraud the United States Department of Treasury, Internal Revenue Service

**Class:** Count One & Seven: C Felony     **Criminal History Category:** VI

**Original Sentence:** 56 months imprisonment and 36 months supervised release

**Transfer of Jurisdiction – May 8, 2025:** Jurisdiction transferred from the Southern District of Indiana to the Eastern District of Tennessee

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 6, 2023

**Date Supervision Expires:** October 5, 2026

**Assistant U.S. Attorney:** Mac Heavener

**Defense Attorney:** TBD

**Revocation Guideline Range:** 21-27 months capped at 24 months     **Statutory Maximum:** 24 months

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** You must not commit another federal, state, or local crime. |
| 2 | **Standard Condition #5:** You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. |

Mr. Ruth reported on his monthly supervision report dated July 1, 2024, and all subsequently submitted monthly supervision reports, that he did not have access to a P.O. Box. Records from the United States Postal Service show that Mr. Ruth applied for and obtained P.O. boxes in Rutledge, Tennessee, on June 10, 2024, in Dandridge, Tennessee, on July 9, 2024, and in Talbott, Tennessee, on July 9, 2024. Additionally, Mr. Ruth submitted a United States Postal Service form 1583, Application for Delivery of Mail Through Agent, on February 13, 2025. The form details that a private mailbox was opened on December 29, 2022. The address listed on the application for the receiving agency is 2348 West Andrew Johnson Highway Morristown, Tennessee, which, according to Apple Maps, is a United Parcel Service (UPS) location.

Mr. Ruth has submitted monthly supervision reports for each month, with the exception of August 2024 and November 2024, since the beginning of his term of supervised release on October 6, 2023. On each of his monthly supervision reports, signed by Mr. Ruth, he advised he did not have access to a P.O. Box. It appears that Mr. Ruth has been untruthful to probation about his access to P.O. Boxes, which is in violation of 18 U.S.C§1001.

| | |
|---|---|
| 3 | **Mandatory Condition:** You must not commit another federal, state, or local crime. |

On August 12, 2025, Mr. Ruth was indicted by a federal grand jury in the Eastern District of Tennessee and charged in Counts One to Twenty-Five with Mail Fraud, pursuant to 18 U.S.C. § 1341; in Counts Twenty-Six to Thirty with False Use of a Social Security Number, pursuant to 42 U.S.C. § 408(a)(7)(B); in Counts Thirty-One to Sixty with Aggravated Identity Theft, pursuant to 18 U.S.C. § 1028A(a)(1); in Counts Sixty-One to Sixty-Five with Promotional Money Laundering, pursuant to 18 U.S.C. § 1956(a)(1)(A)(i) in Counts Sixty-Six to Ninety with False Statement, pursuant to 18 U.S.C. § 1001; and in County Ninety-One with Possession of a

Firearm and Ammunition by a Convicted Felon, pursuant to 18 U.S.C. § 922(g)(1).

**Assessment of Flight/Danger and Bond Recommendation:** Mr. Ruth has a lengthy criminal history consisting mainly of financial crimes. He has six (6) prior federal convictions, five (5) of which are financial in nature and one (1) that is a drug manufacturing conviction. He has multiple violations of probation, many of which were due in part to him lying to his probation officer. In one instance, Mr. Ruth's federal parole was revoked after it was discovered he had filed additional false tax claims while on supervision. In addition to the P.O. Boxes opened by Mr. Ruth while he was on supervised release, in the three (3) months before Mr. Ruth's supervised release began, he opened nine (9) different P.O. boxes at various locations, suggesting that he likely has access to numerous P.O. boxes.

Mr. Ruth has a history of deception and a history of committing new crimes while on supervision. Given the new law violation committed by Mr. Ruth and his consistent history of lying to probation, this officer asserts that Mr. Ruth poses a risk of danger to the community. There does not appear to be a condition or set of conditions that may mitigate this risk.

**Petitioning the Court to order:**

That the Violation Petition filed against Mr. Ruth on June 27, 2025, is amended to include the above-bolded violation number 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025.

Respectfully submitted,

*Lawson Burrow*
Lawson H. Burrow
United States Probation Officer
Greeneville Division

APPROVED:

*Cara D. Johns*
Cara D. Johns
Supervising United States Probation Officer

LHB:asm

ORDER OF COURT:

That the Violation Petition filed against Mr. Ruth on June 27, 2025, is amended to include the above-bolded violation number 3.

So ordered.

ENTER.

The Honorable Clifton L. Corker
United States District Judge

PROB12C(REVOKE) – 12/2006