UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 2:25-CR-55 ) |
| GEORGE H. RUTH, | ) ) |
| Defendant. | ) ) |

## **ORDER**

An initial appearance on the Amended Petition [Doc. 18] alleging supervised release violations shall be held before the undersigned on **Thursday, August 26, 2025, at 10:15 a.m.** Defendant's presence is **REQUIRED**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge